UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

AGUSTIN SAUQUET MOYA,

Petitioner,

v.

ACTING OR CURRENT, SECRETARY OF HOMELAND SECURITY, et al.

Respondents.

Case No. 5:26-cv-05093-SRM-KES

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**

**A# 024780408**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 10). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting Grounds 3 and 4 of the Petition and dismissing Grounds 1 and 2 as moot.

2. Respondents shall **immediately release** Agustin Sauquet Moya, a.k.a. Augustino Sanguet Moya (A# 024-780-408) from custody.

3. If Respondents have not released Petitioner **within three days** of the date of this order, Petitioner may file a request for an order to show cause re contempt.

4. Respondents shall not remove Petitioner to any country not specified in Petitioner's removal order unless Respondents adhere to the following procedures:

a. Provide Petitioner a meaningful opportunity and a minimum of 10 days to raise a fear-based claim for protection prior to removal;

b. If Petitioner demonstrates a reasonable fear of removal to the third country, Respondents must move to reopen Petitioner's removal proceedings; and

c. If Petitioner is not found to have demonstrated a reasonable fear of removal to the third country, Respondents must provide a meaningful opportunity and a minimum of 15 days for Petitioner to seek reopening of his immigration proceedings.

DATED: September 18, 2026

SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE