JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN SAUQUET MOYA,<br>Petitioner,<br>v.<br>ACTING OR CURRENT, SECRETARY OF HOMELAND SECURITY, et al.,<br>Respondents. | Case No. 5:26-cv-05093-SRM-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 3 and 4 of the Petition are granted, and Grounds 1 and 2 are dismissed as moot.

DATED: September 18, 2026

SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE